## KORPORAL ET AL. v. RAMAGE.

[No. 21,902.   Filed November 21, 1911.]

APPEAL.—*Briefs.—Waiver.—Dismissal.*—Where the only error assigned is sustaining the demurrer to plaintiff's complaint and appellants fail in their brief to set out such complaint or the demurrer thereto, no question is presented, and the appeal will be dismissed.

From Blackford Circuit Court; *Charles E. Sturgis,* Judge.

Action by Mary L. Korporal and another against Samuel Y. Ramage. From a judgment for defendant, plaintiffs appeal. Transferred from Appellate Court under §1405 Burns 1908, Acts 1901 p. 590. *Appeal dismissed.*

*Jay A. Hindman,* for appellants.
*Abram Simmons* and *Frank C. Dailey,* for appellee.

JORDAN, C. J.—This action was instituted in the Grant Superior Court, to recover upon a gas lease. The cause was subsequently venued to the Blackford Circuit Court. The complaint is in three paragraphs. A demurrer to each paragraph was sustained. These rulings of the lower court are the only errors assigned and relied upon in this appeal for reversal. Counsel for appellee urge the same objections to appellants' brief that were pointed out in the case of *Pry* v. *Ramage* (1911), *ante,* 446, namely, that the paragraphs to which demurrers were sustained were not set out in full nor in substance in the brief, as required by the rules of the Supreme and Appellate Courts. An examination of appellants' brief fully sustains appellee's objection.

It follows, therefore, that all the errors assigned and relied on for reversal must be deemed and held to be waived, and for this reason the appeal must be dismissed. *Pry* v. *Ramage, supra.*

Appeal dismissed.